IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:04-CV-78-D(3)

| | |
|---|---|
| WILLIAM R. MARTIN, On Behalf Of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>AAIPHARMA INC., JOHN M. RYAN, JOSEPH H. GLEBERMAN, RICHARD G. MORRISON, JAMES L. WATERS, JAMES G. MARTIN, KURT M. LANDGRAF, JOHN E. AVERY, FREDERICK D. SANCILIO, WILLIAM H. UNDERWOOD, PHILLIP S. TABBINER, ROSE-MARIE NELSON, SUSAN TAYLOR, WILLIAM GINNA, BOWIN LINDGRIN, ALBERT CAVAGNARO, SARA PRITCHARD and GREG BENTLEY,<br><br>Defendants. | **ORDER** |

This court, having considered defendants' Motion to Approve Calculation of Settlement Claims, including the schedule attached thereto as Exhibit A, hereby APPROVES the calculation of each Authorized Claimant's Settlement Claim. The Final Judgment and Order entered in this action shall remain in full force and effect.

SO ORDERED. This the 20 day of December 2006.

JAMES C. DEVER III
United States District Judge